IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RHONDA FLEMING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | Civil Action No: 4:12-CV-00452 |
| | § | |
| DR. LESLIE POWERS, THE GEO GROUP, INC., UNITED STATES MARSHAL SERVICE, UNITED STATES OF AMERICA, WARDEN CHRISTOPHER STRICKLAND, MAJOR DURHAM, CYNDEE OATES, DUSMS, DR. CABELLERO, MYRA WOMACK, PHARMACY TECH BROWN, KEEFE COMMISSARY NETWORK SALES, COMMISSARY MANAGER VILLAREAL, ARAMARK CORPORATION, CYNTHIA MOSLEY, JENNIFER CALDWELL, MONTGOMERY COUNTY SHERIFF'S OFFICE, R. CHRISTOPHER GOLDSMITH, and $1,846,668.98, | § § § § § § § § § § § § § § § | [REMOVED FROM THE 96TH DISTRICT COURT TARRANT COUNTY, TEXAS CAUSE No: 096-25916-12] |
| Defendants. | § § § § | |

# NOTICE OF REMOVAL

The Defendant, United States of America, in the above-entitled and numbered cause files this Notice of Removal of Cause No: 096-25916-12, presently pending in the 96th District Court, Tarrant County, Texas to remove the case to the United States District Court

**Notice of Removal - Page 1**

for the Northern District of Texas, Fort Worth Division, and will show the Court the following:

1. The Notice of Removal is timely filed as it is filed within 30 days after the receipt by the United States of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, pursuant to 28 U.S.C. § 1446(a).

2. This action is removable under 28 U.S.C. §§ 1441, 1442, 2679, and 1346(b)(1) because it constitutes a tort claim for personal injury against the federal government or its agency and employees and such a claim may only be brought in federal court.

3. In accordance with Local Rule 81.1(a)(3) of the Local Rules of the United States District Court for the Northern District of Texas, the following documents are attached.

    - An index of all documents filed in state court in this matter. (L.R. 81.1(1)(3)(A)).

    - A copy of the docket sheet in the state court action (L.R. 81.1(a)(2)(B)).

    - Copies of each document filed in the state court action. (L.R. 81.1(a)(3)(C)).

4. By filing this Notice of Removal, the Federal Defendant does not waive and expressly reserves, all defenses under Rule 12 of the Federal Rules of Civil Procedure and all other defenses which may be available to them.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ T.J. Johnson
T.J. Johnson
Assistant United States Attorney
Texas State Bar No. 10794175
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8715
Facsimile: 214.659.8807
Email: Tj.johnson@usdoj.gov

OF COUNSEL:

Paul Irby
Senior CLC Attorney
United States Department of Justice
Federal Bureau of Prisons
Fort Worth, TX 76127

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served via certified mail, return receipt requested on this 3rd day of July 2012 on:

Justice Court - 96th District
Tim Curry, Justice Center - 7th Floor
401 W. Belknap
Fort Worth, TX 76196-0225
817-884-1450

Rhonda Fleming
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

[1]Tim Flocos
2402 Rio Grande
Austin, TX 78704
For the GEO Group, Inc and all of its employees/contractors

                              /s/ T.J. Johnson
                              T.J. Johnson
                              Assistant United States Attorney

---

[1]Defendant United States of America serves attorney Tim Flocos based upon Plaintiff's representation in her original complaint that she has served Mr. Flocos, as representative of The Geo Group, Inc., in this matter.

**Notice of Removal - Page 4**